UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NICHELLE L. JACKSON ) | |
| ) | |
| Plaintiff ) | CASE NO. 1:19-cv-04052-JPH-DLP |
| ) | |
| vs. ) | |
| ) | |
| MED-1 SOLUTIONS, LLC and ) | |
| RICHARD R. HUSTON, ) | |
| ATTORNEY AT LAW ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Come now Defendants, Med-1 Solutions, LLC and Richard R. Huston, by counsel, and for their answer to Plaintiff's complaint, allege and state as follows:

## NATURE OF THE ACTION

1.   Defendants admit that Plaintiff brings this action pursuant to the cited statutes. Defendants deny any inference that there was any statute violation and deny that Plaintiff is entitled to any recovery.

## JURISDICTION AND VENUE

2.   Defendants admit the allegations contained in paragraph 2.

3.   Defendants admit the allegations contained in paragraph 3.

## PARTIES

4.   Defendants admit Plaintiff is a natural person. Defendants lack knowledge or information sufficient to admit or deny the remaining allegations contained in paragraph 4, and therefore deny them.

5. Defendants admit the allegations contained in paragraph 5.

6. Defendants admit the allegations contained in paragraph 6.

7. Defendants admit the allegations contained in paragraph 7.

8. Defendants admit the allegations contained in paragraph 8.

9. Defendants admit the allegations contained in paragraph 9.

10. Defendants admit the allegations contained in paragraph 10.

11. Defendants admit that Richard Huston is an attorney. Defendants deny the remaining allegations of paragraph 11.

12. Defendants deny the allegations contained in paragraph 12.

13. Defendants admit the allegations of paragraph 13 to the extent they pertain to Med-1 Solutions, LLC. Defendants deny the allegations of paragraph 13 to the extent they pertain to Richard Huston.

14. Defendants admit the allegations of paragraph 14 to the extent they pertain to Med-1 Solutions, LLC. Defendants deny the allegations of paragraph 14 to the extent they pertain to Richard Huston.

## FACTUAL ALLEGATIONS

15. Defendants deny the allegations contained in paragraph 15.

16. Defendants admit the allegations contained in paragraph 16.

17. Defendants admit the allegations contained in paragraph 17.

18. Defendants admit the allegations contained in paragraph 18.

19. Defendants admit the allegations contained in paragraph 19.

20. Defendants deny the allegations contained in paragraph 20.

21. Defendants deny the allegations contained in paragraph 21.

22. Defendants admit the allegations contained in paragraph 22.

23. Defendants deny the allegations contained in paragraph 23.

24. Defendants deny the allegations contained in paragraph 24.

25. Defendants deny the allegations contained in paragraph 25.

26. Defendants deny the allegations contained in paragraph 26.

27. Defendants deny the allegations contained in paragraph 27.

28. Defendants deny the allegations contained in paragraph 28.

29. Defendants deny the allegations contained in paragraph 29.

30. Defendants deny the allegations contained in paragraph 30.

31. Defendants lack knowledge or information sufficient to admit or deny the allegations contained in paragraph 31, and therefore deny them.

32. Defendants deny the allegations contained in paragraph 32.

33. Defendants deny the allegations contained in paragraph 33.

34. Defendants deny the allegations contained in paragraph 34.

35. Defendants deny the allegations contained in paragraph 35.

36. Defendants deny the allegations contained in paragraph 36.

37. Defendants deny the allegations contained in paragraph 37.

38. Defendants deny the allegations contained in paragraph 38.

39. Defendants deny the allegations contained in paragraph 39.

40. Defendants deny the allegations contained in paragraph 40.

## **CLASS ACTION ALLEGATIONS**

41. Defendants deny the allegations contained in paragraph 41.

42. Defendants deny the allegations contained in paragraph 42.

43. Defendants deny the allegations contained in paragraph 43.

44. Defendants deny the allegations contained in paragraph 44.

45. Defendants deny the allegations contained in paragraph 45.

46. Defendants deny the allegations contained in paragraph 46.

47. Defendants deny the allegations contained in paragraph 47.

48. Defendants deny the allegations contained in paragraph 48.

49. Defendants deny the allegations contained in paragraph 49.

**COUNT I – VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**

50. Defendants incorporate by reference and reallege as though fully set forth herein their answers paragraphs 1 through 49 for answer to paragraph 50.

51. Defendants admit the allegations contained in paragraph 51.

52. Defendants admit the allegations contained in paragraph 52.

53. Defendants deny the allegations contained in paragraph 53.

54. Defendants admit the allegations contained in paragraph 54.

55. Defendants deny the allegations contained in paragraph 55.

**COUNT II – VIOLATIONS OF THE INDIANA DECEPTIVE CONSUMER SALES ACT**

56. Defendants incorporate by reference and reallege as though fully set forth herein their answers to paragraphs 1 through 55 for answer to paragraph 56.

57. Defendants deny the allegations contained in paragraph 57.

58. Defendants deny the allegations contained in paragraph 58.

59. Defendants admit the allegations contained in paragraph 59.

60. Defendants deny the allegations contained in paragraph 60.

61. Defendants deny the allegations contained in paragraph 61.

62. Defendants deny the allegations contained in paragraph 62.

63. Defendants deny the allegations contained in paragraph 63.

64. Defendants deny the allegations contained in paragraph 64.

65. Defendants deny the allegations contained in paragraph 65.

WHEREFORE, Defendants pray that Plaintiff take nothing by way of her Complaint and for all other just and proper relief in the premises.

### **AFFIRMATIVE DEFENSES**

1. Plaintiff lacks standing to bring the subject action.

2. Plaintiff's claims are barred in whole or in part by the statute of limitations.

3. Plaintiff's claims are barred by the doctrine of waiver, estoppel, and/or laches.

4. Plaintiff's state law claims brought under the Indiana Deceptive Consumer Sales Act do not state a claim for relief as the IDSCA does not provide for a private right of action for the stated claims.

KIGHTLINGER & GRAY, LLP

By   s/ *Nicholas W. Levi*
   Nicholas W. Levi (#24278-53)
   One Indiana Square, Suite 300
   211 North Pennsylvania Street
   Indianapolis, Indiana  46204
   Telephone:  317-638-4521
   Email:  nlevi@k-glaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 25, 2019, the foregoing pleading was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                s/ *Nicholas W. Levi*
                Nicholas W. Levi