UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NICHELLE L. JACKSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-04052-JPH-DLP |
| MED-1 SOLUTIONS, LLC, | ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING MOTION TO DISMISS AND ORDERING THAT PLAINTIFF BEAR ALL COSTS**

Nichelle Jackson brought this suit asserting that Med-1 Solutions, LLC violated the Fair Debt Collections Act and Indiana Deceptive Consumer Sales Act. Ms. Jackson seeks dismissal with prejudice under Fed. R. Civ. P. 41(a)(2), with each party bearing its costs and attorney's fees. Dkt. 46. Med-1 Solutions does not object to dismissal with prejudice, but objects to Ms. Jackson's request that each party bear its own costs. Dkt. 47.

Under Fed. R. Civ. P. 54, "where there is a dismissal of an action, even where such dismissal is voluntary and without prejudice, the defendant is the prevailing party." *First Commodity Traders, Inc. v. Heinold Commodities, Inc.*, 766 F.2d 1007, 1015 (7th Cir. 1985). Rule 54(d) "expressly notes that the award of costs is 'as of course,'" and the Seventh Circuit has interpreted this language as creating a "strong presumption that the prevailing party will recover costs." *Mother and Father v. Cassidy*, 338 F.3d 704, 708 (7th Cir. 2003).

1

Defendant cites the two exceptions recognized in this Circuit where complete denial of costs is warranted—when the party seeking costs commits misconduct, or if the losing party is indigent.  Dkt. 47 at 2.  Because Plaintiff has not argued that either one of these two exceptions apply, costs should be awarded to the prevailing party, Med-1 Solutions, LLC.  This general rule, however, is limited to costs only.  *See Cassidy,* 338 F.3d at 710.

Plaintiffs' motion to dismiss with prejudice, dkt. [46], is **GRANTED** in part and **DENIED** in part.  Plaintiff must pay all costs.  Med-1 Solutions **SHALL FILE** its bill of costs, if necessary, by 14 days from the entry of final judgment.  This case is **DISMISSED**; final judgment will issue in separate entry.

**SO ORDERED.**

Date: 9/28/2020

*[signature: James Patrick Hanlon]*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Eric D. Coleman
SULAIMAN LAW GROUP LTD.
ecoleman@sulaimanlaw.com

Nicholas Ward Levi
KIGHTLINGER & GRAY, LLP (Indianapolis)
nlevi@k-glaw.com

Jackson Lee Schroeder
KIGHTLINGER & GRAY
jschroeder@k-glaw.com

Nathan C. Volheim
SULAIMAN LAW GROUP, LTD.
nvolheim@sulaimanlaw.com