AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| NICHELLE L. JACKSON | ) |
| --- | --- |
| v. | ) |
| MED-1 SOLUTIONS, LLC | ) Case No.: 1:19-cv-04052-JPH-DLP |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  09/28/2020  against  Plaintiff, Nichelle L. Jackson ,
the Clerk is requested to tax the following as costs:

| | |
| --- | ---: |
| Fees of the Clerk .................................................... | $ 0.00 |
| Fees for service of summons and subpoena ............................... | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 2,383.40 |
| Fees and disbursements for printing ...................................... | |
| Fees for witnesses *(itemize on page two)* ................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ..... | 260.85 |
| Docket fees under 28 U.S.C. 1923 ........................................ | 0.00 |
| Costs as shown on Mandate of Court of Appeals ............................ | 0.00 |
| Compensation of court-appointed experts .................................. | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* ............................................ | 0.00 |
| **TOTAL** | **$ 2,644.25** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

✓ Electronic service       ☐ First class mail, postage prepaid
☐ Other:

s/ Attorney: _/s/ Nicholas W. Levi_

Name of Attorney: Nicholas W. Levi

For: MED-1 Solutions, LLC                                      Date: 10/12/2020
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____       By: _____       _____
*Clerk of Court*                 *Deputy Clerk*                     *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 61753 | 9/9/2020 | 32031 |
| Job Date | Case No. | |
| 8/3/2020 | 1:19-cv-04052-JPH-DLP | |
| Case Name | | |
| Nichelle L. Jackson vs. Med-1 Solutions LLC | | |
| Payment Terms | | |
| Net 30 | | |

Nicholas W Levi
Kightlinger & Gray
211 North Pennsylvania Street
Suite 300
Indianapolis, IN 46204

TAKEN DEPOSITION OF:
   Nicholas Moline
      Exhibit
      Archive CD/Electronic Delivery/Online Access
      Shipping and Handling
TAKEN DEPOSITION OF:
   Joseph Huff
      Exhibit

| | | | |
|---|---|---|---|
| 57.00 Pages | @ | 3.35 | 190.95 |
| 32.00 Pages | @ | 0.60 | 19.20 |
| 1.00 | @ | 35.00 | 35.00 |
| 1.00 | @ | 30.00 | 30.00 |
| 99.00 Pages | @ | 3.35 | 331.65 |
| 161.00 Pages | @ | 0.60 | 96.60 |

**TOTAL DUE  >>>**    $703.40

AFTER 10/9/2020  PAY    $808.91

Location of Job   : Via Zoom

Thank you for your business! We now accept all major credit cards, a 3% fee will be charged.

Invoices not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. EcoScribe may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

For questions or disputes please contact us at (646) 862-1465 or email us at info@EcoScribeSolutions.com

Tax ID: 27-3455141

*Please detach bottom portion and return with payment.*

Nicholas W Levi
Kightlinger & Gray
211 North Pennsylvania Street
Suite 300
Indianapolis, IN 46204

Invoice No.   : 61753
Invoice Date  : 9/9/2020
**Total Due**   : **$703.40**
AFTER 10/9/2020  PAY  $808.91

Remit To:  Eco Scribe, LLC
          34 Shunpike Road
          Suite 3-255
          Cromwell, CT 06416

Job No.     : 32031
BU ID       : E-Chicago
Case No.    : 1:19-cv-04052-JPH-DLP
Case Name   : Nichelle L. Jackson vs. Med-1 Solutions LLC

Exhibit A

# INVOICE

**StewartRichardson**
DEPOSITION SERVICES
800.869.0873   www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 238998 | 8/24/2020 | 155531 |
| Job Date | Case No. | |
| 8/20/2020 | 1:19-CV-04052-JPH-DLP | |

**Case Name**
Nichelle L. Jackson v. Med-1 Solutions, LLC

**Payment Terms**
Due upon receipt

Nicholas W. Levi
KIGHTLINGER & GRAY, LLP
One Indiana Square
Suite 300
Indianapolis IN  46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Nichelle L. Jackson

                                                                                          1,680.00

              **TOTAL DUE  >>>**                 **$1,680.00**
              AFTER 9/23/2020  PAY               $1,764.00

Thank you!  Your business is appreciated.

We are now introducing PAPERLESS INVOICING! We will no longer be sending paper invoices unless specifically requested. Invoices are available for downloading from the repository in addition to the e-mail you receive. If you wish to have all invoices sent to one e-mail address for your firm, or wish to receive only paper invoices, please reach out to haley@stewartrichardson.com with the details of your request.

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Nicholas W. Levi
KIGHTLINGER & GRAY, LLP
One Indiana Square
Suite 300
Indianapolis IN  46204

Job No.        : 155531              BU ID        : SRA
Case No.       : 1:19-CV-04052-JPH-DLP
Case Name      : Nichelle L. Jackson v. Med-1 Solutions, LLC

Invoice No.    : 238998              Invoice Date : 8/24/2020
**Total Due**  : **$1,680.00**

AFTER 9/23/2020  PAY  $1,764.00

Remit To:  **STEWART RICHARDSON DEPOSITION SERVICES**
           **One Indiana Square, Suite 2425**
           **211 N. Pennsylvania**
           **Indianapolis IN  46204**

| PAYMENT WITH CREDIT CARD | AMEX / MC / VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Exhibit B

# Kightlinger & Gray, LLP
## Listing

**Task Code: E101**

| Date | Prof | Matter ID/Client Sort / Matter Description / Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 11/25/2019 | | 190796-101276/ MARKEL CORPORATION<br>Nichelle L. Jackson v. Med-1 Solutions<br>PHOTO COPIES | | 501<br>E101 | 6.00 | 0.15 | 0.90 | 0.90 |
| 12/03/2019 | | 190796-101276/ MARKEL CORPORATION<br>Nichelle L. Jackson v. Med-1 Solutions<br>PHOTO COPIES | | 501<br>E101 | 6.00 | 0.15 | 0.90 | 0.90 |
| 12/08/2019 | | 190796-101276/ MARKEL CORPORATION<br>Nichelle L. Jackson v. Med-1 Solutions<br>PHOTO COPIES | | 501<br>E101 | 57.00 | 0.15 | 8.55 | 8.55 |
| 12/10/2019 | | 190796-101276/ MARKEL CORPORATION<br>Nichelle L. Jackson v. Med-1 Solutions<br>PHOTO COPIES | | 501<br>E101 | 28.00 | 0.15 | 4.20 | 4.20 |
| 02/05/2020 | | 190796-101276/ MARKEL CORPORATION<br>Nichelle L. Jackson v. Med-1 Solutions<br>PHOTO COPIES | | 501<br>E101 | 18.00 | 0.15 | 2.70 | 2.70 |
| 07/11/2020 | | 190796-101276/ MARKEL CORPORATION<br>Nichelle L. Jackson v. Med-1 Solutions<br>PHOTO COPIES | | 501<br>E101 | 5.00 | 0.15 | 0.75 | 0.75 |
| 07/20/2020 | | 190796-101276/ MARKEL CORPORATION<br>Nichelle L. Jackson v. Med-1 Solutions<br>PHOTO COPIES | | 501<br>E101 | 66.00 | 0.15 | 9.90 | 9.90 |

Exhibit C

## Kightlinger & Gray, LLP
### Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value | Ext.<br>Amt. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2020 | | 190796-101276/ MARKEL CORPORATION<br>Nichelle L. Jackson v. Med-1 Solutions<br>PHOTO COPIES | 501 | E101 | 108.00 | 0.15 | 16.20 | 16.20 |
| 08/03/2020 | | 190796-101276/ MARKEL CORPORATION<br>Nichelle L. Jackson v. Med-1 Solutions<br>PHOTO COPIES | 501 | E101 | 780.00 | 0.15 | 117.00 | 117.00 |
| 08/04/2020 | | 190796-101276/ MARKEL CORPORATION<br>Nichelle L. Jackson v. Med-1 Solutions<br>PHOTO COPIES | 501 | E101 | 47.00 | 0.15 | 7.05 | 7.05 |
| 08/04/2020 | | 190796-101276/ MARKEL CORPORATION<br>Nichelle L. Jackson v. Med-1 Solutions<br>PHOTO COPIES | 501 | E101 | 118.00 | 0.15 | 17.70 | 17.70 |
| 08/19/2020 | | 190796-101276/ MARKEL CORPORATION<br>Nichelle L. Jackson v. Med-1 Solutions<br>PHOTO COPIES | 501 | E101 | 38.00 | 0.15 | 5.70 | 5.70 |
| 08/19/2020 | | 190796-101276/ MARKEL CORPORATION<br>Nichelle L. Jackson v. Med-1 Solutions<br>PHOTO COPIES | 501 | E101 | 215.00 | 0.15 | 32.25 | 32.25 |
| 08/21/2020 | | 190796-101276/ MARKEL CORPORATION<br>Nichelle L. Jackson v. Med-1 Solutions<br>PHOTO COPIES | 501 | E101 | 150.00 | 0.15 | 22.50 | 22.50 |
| 08/24/2020 | | 190796-101276/ MARKEL CORPORATION<br>Nichelle L. Jackson v. Med-1 Solutions<br>PHOTO COPIES | 501 | E101 | 16.00 | 0.15 | 2.40 | 2.40 |

Page 2 of 3

10/12/2020 12:23:20 PM
Matter ID = '190796-101276' and Soft Costs <> Task Code 'E124'

Exhibit C

# Kightlinger & Gray, LLP
## Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 09/08/2020 | | 190796-101276/ MARKEL CORPORATION Nichelle L. Jackson v. Med-1 Solutions PHOTO COPIES | | 501 E101 | 4.00 | 0.15 | 0.60 | 0.60 |
| 09/15/2020 | | 190796-101276/ MARKEL CORPORATION Nichelle L. Jackson v. Med-1 Solutions PHOTO COPIES | | 501 E101 | 77.00 | 0.15 | 11.55 | 11.55 |
| | | | | Task Code: E101 | 1,739.00 | | 260.85 | 260.85 |
| | | | | Grand Total: | 1,739.00 | | $260.85 | $260.85 |

10/12/2020 12:23:20 PM

Matter ID = '190796-101276' and Soft Costs <> Task Code 'E124'

Page 3 of 3

Exhibit C